IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BARBARA PALMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-CV-608-GKF-SAJ |
| ) | |
| SOUTHWESTERN BELL TELEPHONE, a/k/a ) | |
| AT&T, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon its own initiative, and after notice to the plaintiff by Order of the court dated March 19th 2007 [Dkt. #6], the court dismisses this action without prejudice for failure to obtain service on defendant within one hundred and twenty (120) days after the filing of the complaint as required by Fed. R. Civ. P. 4(m).

**IT IS THEREFORE ORDERED** that plaintiff Barbara Palmer's action against defendant Southwestern Bell Telephone, a/k/a AT&T, be dismissed without prejudice..

Dated this 25th day of May 2007.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma